**FILED**

**NOV 07 2011**

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 11 CR 159 CVE |
| | ) |
| Plaintiff, | ) **INDICTMENT** |
| | ) [21 U.S.C. § 846(a)(1): Conspiracy] |
| v. | ) |
| | ) |
| JUAN ENRIQUE BECERRA, | ) |
| CLINT WESLEY MENZO LAWRENCE, | ) |
| JENNIFER ANN BYRUM, | ) |
| LISA LEE MEDLIN, | ) |
| | ) |
| Defendants. | ) |

**THE GRAND JURY CHARGES:**

Beginning as early as sometime in or about August 2011, and continuing thereafter to on or about September 21, 2011, in the Northern District of Oklahoma and elsewhere, the defendants, **JUAN ENRIQUE BECERRA, CLINT WESLEY MENZO LAWRENCE, JENNIFER ANN BYRUM,** and **LISA LEE MEDLIN,** and other persons, both known and unknown to the Grand Jury, did knowingly and intentionally conspire, confederate and agree, together and each with the other, to commit an offense against the United States, to-wit: possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code Section 846.

THOMAS SCOTT WOODWARD  
UNITED STATES ATTORNEY

A TRUE BILL

*/s/ Joel-Lyn McCormick*  
JOEL-LYN A. McCORMICK  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson