**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 11-CR-00159-CVE |
| **CLINT WESLEY MENZO LAWRENCE,** | ) |
| **Defendant.** | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

COMES NOW Joel-lyn A. McCormick, Assistant United States Attorney for the Northern District of Oklahoma, and represents to this Honorable Court that there is now pending in this Court a certain cause of action wherein the United States of America is plaintiff and **CLINT WESLEY MENZO LAWRENCE,** DLM# 1001382, is defendant, and that the same is set for Initial Appearance "FORTHWITH" at Tulsa, Oklahoma.

Plaintiff further states that it is necessary to have defendant present at Tulsa, Oklahoma, "FORTHWITH", in order to dispose of said cause.

That said defendant at this time is a prisoner in the DAVID L. MOSS CRIMINAL JUSTICE CENTER, TULSA, OK and will not have been released on the date that said cause aforesaid is assigned for Initial Appearance on an Indictment, to wit: "FORTHWITH" and that said defendant is in the charge, custody, and under the control of the DAVID L. MOSS CRIMINAL JUSTICE CENTER.

WHEREFORE, plaintiff prays that a Writ of Habeas Corpus Ad Prosequendum be issued by this Honorable Court to the United States Marshal for the Northern District of

Oklahoma and to the Warden of the DAVID L. MOSS CRIMINAL JUSTICE CENTER, and that he be directed and required to deliver the body of said defendant to the United States Marshal for the Northern District of Oklahoma, and that said Marshal shall produce and bring the body of said defendant before this Court in Tulsa, Oklahoma, "FORTHWITH" for Initial Appearance in said cause.

Respectfully submitted,

*/s/ Joel-lyn A. McCormick*
JOEL-LYN A. MCCORMICK, OBA NO. 18240
Assistant United States Attorney
United States Attorney's Office
110 West 7th Street, Ste 300
Tulsa, OK 74119
(918) 382-2700
FAX#: (918) 560-7954
joel-lyn.a.mccormick@usdoj.gov

STATE OF OKLAHOMA )
                              ) ss.
COUNTY OF TULSA    )

      Joel-lyn A. McCormick, Assistant United States Attorney for the Northern District of Oklahoma, being first duly sworn, and having read the above and foregoing Petition for Writ of Habeas Corpus Ad Prosequendum, states that the facts contained therein are true and correct to the best of my knowledge and belief.

                                                 */s/ Joel-lyn A. McCormick*
                                                 Joel-lyn A. McCormick
                                                 Assistant United States Attorney

      Subscribed and sworn to before me this 21st day of December, 2011.

                                                 */s/ Melody F. Housley*
                                                 Notary Public

My commission expires:   7/28/2012
Commission Number: 00011140