# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                             Plaintiff,      Case Number: 11-CR-159-CVE
                                                    Proceeding: PT/CP/Motion Hearing

vs.                                                          Date: 2-10-2012
                                                         Court Time: 10:30 a.m.

Juan Enrique Becerra and                Actual Court Time: 10:40 a.m. - 10:43 a.m.
Clint Wesley Menzo Lawrence,
                             Defendants.

### MINUTE SHEET

Claire V. Eagan, U.S. Chief District Judge     D. Holland, Deputy Clerk     Greg Bloxom, Reporter

Counsel for Plaintiff: Joel-lyn A. McCormick , AUSA

Counsel for Defendant: Julia O'Connell, FPD & Walter Haskins, CJA,

**MINUTES:** Defendants present with counsel; Defendant Becerra announces that there is no need to have a pretrial conference today for him and he wants to change his plea next week; Change of plea hearing set for **2/15/2012 at 9:00 a.m.** for Defendant Becerra; Court excuses Defendant Becerra and his counsel; Defendant Lawrence announces that he is ready to change his plea today. (Change of plea minutes for Defendant Lawrence filed separately.)