**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 11-CR-00159-CVE |
| ) | |
| **CLINT WESLEY MENZO LAWRENCE,** ) | |
| ) | |
| **Defendant.** ) | |

**GOVERNMENT'S MOTION FOR
ONE LEVEL REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through Joel-lyn A. McCormick, Assistant United States Attorney, hereby moves that the defendant's total offense level be decreased by one additional level for early acceptance of responsibility under United States Sentencing Guidelines § 3E1.1(b).  In support of its motion, the Government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.  Accordingly, the Government would ask the Court to decrease defendant's offense level by one additional level, as provided for in United States Sentencing Guideline § 3E1.1(b).

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY


*/s/ Joel-lyn A. McCormick*
Joel-lyn A. McCormick, OBA#18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74119
(918) 382-2700
FAX#: (918) 560-7954
joel-lyn.a.mccormick@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Walter Dewey Haskins, III
ECF@ahn-law.com

*/s/ Joel-lyn A. McCormick*
Assistant United States Attorney