UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
            Plaintiff,   Case Number: 11-CR-159-CVE
                   Date: 6-26-2012
vs.                    Court Time: 10:00 a.m.
                   Actual Court Time: 10:08 a.m. - 10:27 a.m.

Clint Wesley Menzo Lawrence,
            Defendant.

## MINUTE SHEET - SENTENCING

Claire V. Eagan, U.S. Chief District Judge   D. Holland, Deputy Clerk   Greg Bloxom, Reporter

Counsel for Plaintiff: Joel-lyn McCormick, AUSA
Counsel for Defendant: Walter Haskins, III, CJA
Probation Officer: Beth Hilton, USPO
Interpreter: N/A

[x] Defendant appears in person with counsel   [] Counsel waived   [] Contested   [x] Uncontested
[x] Plaintiff & Defendant reviewed PSI:   [] Objs by: [] Pltf  [] Deft;  [x] No Objs;   [x] Court accepts
[x] 18:3553 Findings re: PSI/Sentence made;   [] Findings re: Plea made
[x] Sentence re: Guideline;   [x] Departure: [] Variance: [] Upward [x] Downward;   [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[x] Government's Motion for One Level Reduction for Acceptance of Responsibility [Dkt. #98] - **Granted**
[x] Government's Sealed Motion [Dkt. #93] - **Granted**

**SENTENCE: As to Count 1 of the Indictment [Dkt. #2]:**
[x] Bureau of Prison for a term of   151 months
[] Probation for a term of   Not Eligible
[x] Supervised Release for a term of   60 months
[] Fine:             $ not imposed
[] Restitution:          $ n/a
[x] Special Monetary Assessment:   $ 100.00

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:
[x] Controlled Substances (shall not illegally possess):   [x] Drug Testing   [] Drug Testing Waived
[x] Firearm, Ammunition, et al. (shall not possess)   [] Special Computer Restriction Conditions
[x] DNA Sample (cooperate with and submit to collection)  [] Special Financial Conditions
[] Alcohol Abstinence Condition         [x] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions     [] Special Sex Offender Conditions
[] Workforce Development Condition      [x] Special Substance Abuse and Testing Conditions
[x] Mental Health Treatment Conditions     [x] To include inpatient treatment

*******************************************************************************

[x] Defendant advised of right to appeal   Court recommends to BOP:
[] Defendant gives oral notice of appeal   [x] Designate a facility located as close to Tulsa, OK as possible
[] Appeal affidavit required       [x] Residential Drug Abuse Treatment
                [x] Parenting Classes
                [x] Vocational Development Classes
                [x] Educational Opportunities

[] Bond exonerated          [] Appeal Bond set: $_____ ([] Cash or [] Surety);  [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;  [] Findings made
[] Remaining counts ordered dismissed: _____
[x] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____