To: U.S.D.C. Court Clerk,                                    Case # 11-CR-159-002-CVE

Re: Time Credit Computation Error, for
Clint Wesley Menzo Lawrence    Reg No. 11801-062
Case # 11-CR-159-002-CVE

RECEIVED

OCT 15 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Dear Clerk of the Court,
This letter is in regaurd to Un-Credited time served on
case # 11-CR-159-002-CVE. Please provide a copy of time
Credited & discharge date on record for case # 11-CR-159-002-CVE.
Also, I am requesting 28 U.S.C. 2255 forms in order to
correct any & all errors pertaining to case # 11-CR-159-002-CVE.
Your help is greatly appreciated on this matter. Thank
you for your time & efforts.


Sincerely,
Mr. Clint Wesley Menzo Lawrence

___ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env

___ No Cpys    ___ No-Env/Cpys    ___ O/J    ___ O/MJ

Name _Michael Lawrence_
Reg. No _11804-062_ Unit _Shu_ C-2
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

Legal Mail
10-09-2018

KNOXVILLE TN 377
10 OCT 2018 PM 4 1
Postmarked 10/10/18

FOREVER USA

Page Belcher Federal Bldg.
U.S.D.C. Court Clerk
333 W. Fourth St. Rm # 411
Tulsa, Okla 74103 - 3819

RECEIVED

OCT 15 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

11-CR-159-CVE-2

74103-381811