

From:   Mr. Clint Wesley Menzo Lawrence
        Reg. No.: # 11801-062
        Federal Correctional Complex
        United Sattes Penitentiary - Terre Haute
        Post Office Box - 0033
        Terre Haute, Indiana 47808 - 0033

**FILED**
SEP 26 2019
Mark C.
U.S. DIS...

To:     The Honorable Clerk of The Court
        The Office of The Clerk of The Court
        The Northern District of The Tenth District
        Page Belcher Federal Building & U.S. Courthouse
        333 West Fourth Street  Room 111
        Tulsa, Oklahoma 74103 - 3819

In re:  United States of America
              v.    Lawrence

**FILED**
SEP 26 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Case No.: USDC - 4:11-cr-159-002-CVE
Subject:  Notice of Change of Address & Facility
          24 September 2019

Honorable Clerk of the Court;

As you are reading this again, greetings and blessings.

I, also again, hope all with you and yours is truly well.

The purpose of this missive is as such:

1.  That on or about; September 05, 2019; I, had [,] forwarded to your office a petition in the form a Motion:
    Request For Reduction of Sentence
    Drug-Minus-two Act (2014) Amend. §782
    And 18 U.S.C. § 3582(c)(2)

2.  Since this filing, it has been brought to my attention that I, shall be designated in the next few days. Unfortunately, that time has now come and I, was told to pack out for the designation and transfer.

    Presently and currently, I, do not know to where that is to be, but it is my understanding that if you were to check: BOP.gov/Inmate Locator, it will provide to you that of my location and information.

    Please forward all information to my designated and soon to be established address.

    I, thank you in advance for all of your aid, assistance, help and support towards that of my endeavors.

                                    Respectffully submitted
                                    and requested;

_____        _____
24  September 2019          Mr. Clint Wesley Menzo Lawrence
                            Reg. No.: # 11801-062

MR. CLINT WESLEY MENZO LAWRENCE
REG. NO. #11801-062  Unit E2-203
FEDERAL CORRECTIONAL COMPLEX
UNITED STATES PENITENTIARY TERRE HAUTE
POST OFFICE BOX - 0033
TERRE HAUTE, INDIANA  47808-0033

LEGAL MAIL
TIME SENSITIVE

USDC- 4:11-cr-159-002-CVE

Postmarked 9/24/19
11-CR-159-2-CVE

INDIANAPOLIS IN 460
24 SEP 2019 PM 2 L

⇦ 11801-062 ⇦
United States Courthouse
333 W 4TH ST  Rm. #411
Tulsa, OK 74103
United States

LEGAL MAIL
TIME SENSITIVE

RECEIVED
SEP 26 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

74103-361911