

In The District Court of Tulsa County
State of Oklahoma

State of Oklahoma )
   Plaintiff )   CASE #
 )   THE HONORABLE
vs )   JUDGE
Clint Lawrence )

FILED
MAY 22 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Petition for return of seized property pursuant to Oklahoma Statute title 22, Sec. 991a-19A

Comes now the petitioner Clint Lawrence acting on his own behalf (pro se) and hereby requests the court to issue an order for the release of the following property which is being held by the Tulsa Police Department.

1. Petitioner's wallet which contains
   State of Oklahoma ID
   Health Insurance Card
   IBC Bank Card
   Chime Bank Card
   Sam's Club Membership Card

2. $30,000.00 (thirty thousand dollars) cash.

1618

3. Hers Bridal Wedding Band

4. Vehicle title chevy malibu 2008 model ML1, color grey, plate ID QXR088

5. Yamaha Motorcycle title VIN# JYARJ06E48A038582 TAG TT 6127

6. Various mens clothing including but not limited to Levis Jeans, Nike Air Max Shoes.

7. Vehicle Dash Cam

8. 2 cellular phones / moto Stylus 5G

9. prescription medication

10. Various tools including but not limited to:
    DewAlt socket set
    Extendable Breaker Bar
    American Rally spare rim + tire
    Air compresor

11. Clear TSA approved backpack containing legal documentation for child custody case.

12. Child car seat base

13. Misc. knives

14. Proof of vehicle insurance and Buyers receipt from Car lot

15. (2) two mickey sharps tattoo machines.
    - power supply
    - Storage box
    - (2) two power cords
    - complete tattoo needle configurations.
    - Black Ink

16. 2012 Dodge Charger RT

17. Ultrasound Images of Son Prior to birth.

The Petitioner submits that the property being sought for return has no evidentiary value whatsoever and is simply being held as a malicious means to frustrate the

petitioner and furthermore deprive the petitioner of the financial means to obtain proper legal counsel to adequately defend himself in the current ongoing legal matters.

Petitioner further submits the forgoing items are being held by Glenpool Wrecker.

Wherefore, petitioner humbly requests this honorable Court to issue an order directing Glenpool Wrecker to release said property forthwith and that said property be transferred to his wife Lonna Degginger.

In the interest of Justice and for good cause shown.

I declare (or certify, verify or state) under penalty of PERJURY that the foregoing is absolutely

true and correct to the best of my knowledge 28, USC OK 1796

Respectfully Submitted,

Clint Lawrence

Sign X _[signature]_
DATE  17 MAY 2025

CERTIFICATE OF SERVICE

The Petitioner certifies that he has mailed a true and correct copy of his petition for the return of seized property by placing the same in the U.S. Mail, postage pre-paid to the Tulsa County Clerk's office located at 500 S. Denver Ave Tulsa OK 74103

Signature _[signature]_
Name: Clint Lawrence
Date  17 MAY 2025

3

17 MAY 2025

To Whom it May Concern. Care of the State of Oklahoma.

I am currently incarcerated in David L Moss detention center located in Tulsa, Oklahoma.

Attached are my motions for my legal matter.

Please note at David L. Moss as an inmate I have no access to a paralegal nor the law library for guidance or resources for proper procedure in my legal matter and have attempted as best as possible to convey my legal needs in these matters.

Sincerely,

Sign X _____

X Clint Wesley Menzo Lawrence

Date,  17 May 2025

CLINT LAWRENCE #290000251 $8
Inmate #
300 N. Denver Ave
Tulsa, OK 74103

Tulsa County court clerk room 200
500 S Denver Ave
Tulsa, OK 74103



neopost
05/19/2025
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
ZIP 74103
041L122n5328



**DON NEWBERRY**
TULSA COUNTY COURT CLERK
500 SOUTH DENVER, STE 200
TULSA OK 74103

Form 239 (Rev. 1-17)

TULSA OK 740
21 MAY 2025 AM 3 L

RECEIVED
MAY 22 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Postmark 5/21/2025
11-cr-159-CVE
Court Clerk

Page Belcher Federal Building
333 W 4th St Suite 2050
Tulsa, OK 74103-3853

neopost 05/20/2025
US POSTAGE $000.97⁰
FIRST-CLASS MAIL
ZIP 74103
041L12205338

74103-385300