# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 11-CR-00159-CVE |
| **CLINT LAWRENCE,** | |
| Defendant. | |

### Motion for Detention Pending Revocation or Modification of Probation or Supervised Release

The United States moves for detention of Defendant pending revocation or modification of probation or supervised release pursuant to Fed. R. Crim. P. 32.1(a)(6).

The case before the Court involves a revocation or modification of probation or supervised release with a presumption of detention under 18 U.S.C. § 3143(a)(1) and a burden on the Defendant under Fed. R. Crim. P. 32.1(a)(6) to establish by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or to the community if released.

Dated this 22ND day of May, 2025.

                                    Respectfully submitted,

                                    CLINTON J. JOHNSON
                                    UNITED STATES ATTORNEY

                                    */s/ Mandy Mackenzie*
                                    MANDY MACKENZIE, WA Bar #55836
                                    Assistant United States Attorney
                                    110 West Seventh Street, Suite 300
                                    Tulsa, Oklahoma 74119
                                    (918) 382-2700

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22ND day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Attorney for Defendant*

                                    */s/ Mandy Mackenzie*
                                    MANDY MACKENZIE