## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 11-CR-00159-CVE** |
| **CLINT LAWRENCE,** | |
| **Defendant.** | |

### Motion for Detention Hearing

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3143(a)(1), and hereby requests that the Court hold a hearing pending revocation or modification of probation or supervised release to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(b) and (c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 22ND day of May, 2025.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


*/s/ Mandy Mackenzie*
MANDY MACKENZIE, WA Bar #55836
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22ND day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Attorney for Defendant*

*/s/ Mandy Mackenzie*
MANDY MACKENZIE