UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>                                  Plaintiff,<br>vs.<br><br>Clint Wesley Menzo Lawrence,<br>                                  Defendant(s). | Case No.: 11-cr-00159-CVE-2<br><br>**WAIVER OF A PRELIMINARY HEARING** |

      I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

      I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/22/2025

_____
Defendant

_____
Attorney for Defendant