# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 11-CR-00159-CVE |
| CLINT LAWRENCE, | |
| Defendant. | |

## Entry of Appearance

Assistant United States Attorney MANDY MACKENZIE hereby appears as counsel for Plaintiff, United States of America.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/Mandy Mackenzie*
MANDY MACKENZIE, WA Bar #55836
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

**Certificate of Service**

    I hereby certify that on the 22ND day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

*Counsel for Defendant*

                                              */s/ Mandy Mackenzie*
                                              MANDY MACKENZIE
                                              Assistant United States Attorney