

United States District Court
Northern District of Oklahoma

**FILED**
MAY 23 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

FILED UNDER SEAL

U. S. A. vs. Clint Wesley Menzo Lawrence      Case No. 11-CR-0159-002-CVE

To: Any United States Marshal or any other authorized law enforcement officer.

USMS-N/OK RCVD:
JAN 28 2025 AM10:01

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before The United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court. ||||
| Name of Subject<br>Clint Wesley Menzo Lawrence | Sex<br>M | Race<br>White | Age<br>43 |
| Address (Street, City, State, Zip Code)<br>7522 South 84th East Avenue<br>Tulsa, Oklahoma 74133 ||||
| TO BE BROUGHT BEFORE: The United States District Court, Northern District of Oklahoma ||||
| Heidi D. Campbell, Clerk of Court | (By) Deputy Clerk: | s/D. Ambrosio | Date: 1/28/2025 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | Date received:<br>01/28/25 | Date executed:<br>05/22/25 ||
| Executing Agency (Name and Address)<br>Picked up on detainer/warrant from Tulsa Co. ||||
| Name: Tim Lesher | (By): Tim Lesher || Date: 05/23/25 |

Warrant post conviction (OKND)