# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,  Plaintiff,  vs.  Clint Wesley Menzo Lawrence,  Defendant. | Case No.: 11-cr-159-CVE  Date: 5/28/2025  Court Time: 9:07 a.m. to 9:13 a.m.  **MINUTE SHEET – PROB/SR/ REVOCATION HEARING** |

Claire V. Eagan, U.S. District Judge    C. Portilloz, Deputy Clerk    Laura Griffin, Reporter    Crt Rm 2

Counsel for Plaintiff:    Mandy Mackenzie
Counsel for Defendant:    Joel Vandruff    , Appt.
Probation Officer    Alton Walker

Defendant appears: ☒ In USM custody ☐ On bond; ☒ Counsel present ☐ Without counsel ☐ Counsel waived
☒ Pursuant to Petition for Offender Under Supervision    [Dkt. 139    ]

Defendant:
☒ Waives the right to a revocation hearing
☐ Requests an evidentiary revocation hearing
☒ Stipulates to the allegations/violations as set forth in the Petition for Offender Under Supervision
     Stipulates there would be sufficient evidence to find by a preponderance of the evidence
☐ that the terms of supervision have been violated should the government present the case to the court
☐ Denies the allegations/violations as set forth in the Petition for Offender Under Supervision

☒ Court accepts the stipulation as stated on the record
☒ Court finds Defendant in violation of Prob/SR conditions    ☐ Findings Withheld
☐ Defendant's term of Prob/SR is revoked
☐ Defendant is to be released for inpatient treatment
☒ Additional Minutes: Government's counsel advises they do not have any of the property listed in defendant's Motion for Return of Seized Property (Dkt. #141). Court dismisses the motion for lack of jurisdiction.
☒ Final Prob/SR Revocation Hearing/Sentencing set for: 6/11/25 at 9:15 a.m.
☒ Defendant remanded to the custody of USM