

4:11-cr-00159-CVE

Docket Entry #145

Clint Wesley Menzo Lawrence #2500000251
David L Moss
300 N DENVER
TULSA, OK 74103

TULSA OK 740
24 MAY 2025 AM 2 L
postmark 5/24/25

RECEIVED
JUN 09 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

NEOPOST
05/23/2025
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
IMI
ZIP 74103
041M11287529

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS

RETURN TO SENDER

11cr-159-CVE
Dkt # 145



NIXIE    731  DE  1    0005/07/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74103388199    *2557-00921-07-09

he refused to accept

4:11-cr-00159-CVE

Docket Entry #146

Clint Wesley Menzo Lawrence #2500000251
David L Moss
300 N DENVER
TULSA, OK 74103

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS

NEOPOST 05/23/2025
FIRST-CLASS MAIL
US POSTAGE $000.69⁰
ZIP 74103
041M11287529

TULSA OK 740
24 MAY 2025 AM 2 L
postmark 5/24/25
RECEIVED
JUN 09 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

RETURN TO SENDER

11cr 159 CVE
Dkt # 146

NIXIE     731   DC 1        0005/07/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74103388199      *2557-00922-07-09

he refused to accept

4:11-cr-00159-CVE

Docket Entry #149

Clint Wesley Menzo Lawrence #2500000251
David L Moss
300 N DENVER
TULSA, OK 74103

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819
OFFICIAL BUSINESS

TULSA OK 740
24 MAY 2025 AM 3 L
postmark 5/24/25

NEOPOST   FIRST-CLASS MAIL
05/23/2025   IMI
US POSTAGE $000.69⁰
ZIP 74103
041M11287529

RECEIVED
JUN 09 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

RETURN TO SENDER

11cr159 CVE
Dkt # 149



NIXIE   731 DC 1   0006/07/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 74103388199   *0857-01337-24-15

Refused to accept