UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| United States of America, Plaintiff, vs. Clint Wesley Menzo Lawrence, Defendant(s). | Case No.: 11-cr-159-CVE<br>Date: 6/11/2025<br>Court Time: 9:05 a.m. to 9:19 a.m.<br><br>**MINUTE SHEET FINAL REVOCATION OF PROB/SR HEARING & SENTENCING RE: (DKT. # 139)** |
|---|---|

Claire V. Eagan, U.S. District Judge      C. Portilloz, Deputy Clerk      Jennifer Golemboski, Reporter   Crt Rm 2

Counsel for Plaintiff: Mandy Mackenzie         Counsel for Defendant: Joel Vandruff, Appt.
Probation Officer: Alton Walker        Interpreter: _____   ☐ sworn;  ☐ N/A

☒ Defendant appears in person with counsel       ☐ Counsel waived       ☐ Evidentiary
☒ Pltf & Deft reviewed Prob/SR Revocation Sentencing Options:  ☐ Objs by: ☐ Pltf  ☐ Deft;  ☒ No Objs; ☒ Court adopts/accepts
☒ 18:3553 Findings re: Prob/SR Revocation Sentencing Options made;
☒ Revocation Sentence re: Guideline;  ☒ Findings made;  ☐ Departure:  ☐ Variance:     ☐ Upward     ☐ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Court finds the Defendant in Violation of Prob/SR Conditions    ☒ Defendant's term of Prob/SR is revoked

**REVOCATION OF PROB/SR SENTENCE:**

☒ Bureau of Prison for a term of    8 months          ☐ Concurrent     ☐ Consecutive     ☐ Not Imposed
☒ Supervised Release for term of   24 months          ☐ Concurrent     ☐ Consecutive     ☐ Not Imposed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction           ☐ Gambling;    ☐ to include treatment
☐ DNA Sample                                        ☒ Home Detention Condition -   5   months*
☒ Controlled Substances Restriction                 ☐ Immigration
☒ Drug Testing     ☐ Drug Testing Suspended         ☒ Mental Health;   ☒ to include treatment
☐ Alcohol Abstinence                                ☒ Search & Seizure
☐ Community Confinement - ____ months               ☐ Sex Offender - Paragraphs _____
☐ Community Service - ____ hours                    ☐ Sober Living
☐ Computer Restriction                              ☒ Substance Abuse Treatment & Testing
☐ Curfew - ____ months*                             ☐ Workforce Development
☐ Domestic Violence Program
☐ Financial                          *Entire cost of the electronic monitoring shall be paid by  ☒ Prob  ☐ Deft
*************************************************************************************************

☒ Defendant advised of right to appeal            Court recommends to BOP:
☐ Appeal affidavit required                       ☒ Designate a facility located in or near:  Oklahoma
                                                  ☐ Residential Drug Abuse Treatment    ☒ Mental/Medical Evaluation
                                                  ☒ Most comprehensive substance abuse and mental health treatment available
                                                  ☐ Other: _____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution;  ☐ Findings made
☐ Remaining counts ordered dismissed: _____
☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** _____