✓ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J   ___ C/MJ   ___ C/Ret'd   ___ No Env
___ No Cpys   ✓ No Env/Cpys   ___ O/J   ___ O/MJ

RECEIVED
SEP 08 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Your Honor,                    Mon. Sept. 1st 2025

Pray this letter finds you well. I am writing this letter in regards to the unusual & unsavory conditions of confinement here at Leavenworth USP/FCI. It is of my understanding that as a ward of the care of the Bureau of Prisons, the B.O.P. is supposed to have the means of caring for, providing for, & housing for its inmates. This is not the case here at Leavenworth, we <u>do not</u> have proper nutrition, they cannot provide clothing (ie. I have 1 pr of pants, 1 shirt, no boxer, no socks, no bedding other than scraps) they cannot provide hygiene (ie. I have not recieved even a toothbrush since my arrival) bath soap etc., nor proper laundry for what I do have on. I am being ignored in my request to medical, I have an emergency tooth extraction needed causing massive pain, and cannot aquire pain meds let alone an extraction. I also have a damaged knee uncared for, as well as a 3rd seperation in my left shoulder (as can be seen in my medical jacket on file) also not being cared for.

Then your Honor, I am deeply troubled by this facility and it's lack of care for human life and family. My wife has tried calling for almost a week to inform me of our mothers death, they refused to inform me until after the funeral (of which to my knowledge I have the right to attend and will now never have the oprotunity). Once they did inform me that

see pg 2

2

there had been a death & my wife had been calling for over 2 days, I HAVE STILL BEEN DENIED A CALL to my family. This is UNACCEPTABLE, and not at all how it works anywhere else in B.O.P. when I have had to deal with the loss of loved ones.

As well, it is a well known fact by the courts and D.S.C.C. "DESIGNATION & SENTENCE COMPUTATION CENTER that ANY inmate with A COOPERATION CLAUSE (I.E. 5K1, Rule 32 etc.) CANNOT WALK AN ACTIVE YARD. This also is in FILE & ON RECORD, AND YET This is not the first time I HAVE been sent to AN ACTIVE YARD when there are places for (specifically for) INMATES LIKE ME. This is the same complete disregard for human life that cost James "Whitey" Bulger his life in under 40 minutes at HAZELTON when he was beaten to DEATH with padlocks & his tongue cut out. The end result being a $20,000,000.00 law suite paid by the Bureau of Prisons.

It seems to me the court or B.O.P. is aiming to hurt me or cost me my life. Though I am only on a 8mth sanction, I find myself praying I even make it home to my wife and NEWBORN SON.

I Am Requesting the forms & instructions to file for (CRUEL AND UNUSUAL PUNISHMENT) UNDER 21 USC 1983. IF YOU should have any questions to further your knowledge of conditions of confinement here at LEAVENWORTH, feel free to respond as a response is requested.

    THANK YOU

Clint W. M. LAWRENCE
#11801-062
SHU B-U-233

Chiat W. M. Edwards #48801-062
U.S.P.-Leavenworth
P.O. Box #1000
Leavenworth, KS. 66048

LEGAL MAIL

RESPONSE REQUESTED

KANSAS CITY 640
2 SEP 2025 PM 5 L

The United for the courts of
The Honorable Judge
Claire V. Eagan
333 W. 4th St.
Tulsa, Ok. 74103

RECEIVED
SEP 08 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Postmarked 9/4/25
11cr-159-CVE-2